No. 545. GUARANTY TRUST COMPANY OF NEW YORK
*v.* G. F. GROHE-HENRICH & Co. November 21, 1927.
Petition for a writ of certiorari to the Circuit Court of

Appeals for the Second Circuit denied. *Messrs. John W. Davis, Wm. C. Cannon* and *Theodore Kiendl* for petitioner. *Messrs. Henry G. Hotchkiss* and *Wm. H. White, Jr,.* for respondent.